Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Miles Pope
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
MAXWELL HENNERLEY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE CANDY W DALE)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MAXWELL HENNERLEY, Defendant. | 1:19-mj-10614-CWD<br><br>NOTICE OF APPEARANCE AND ASSIGNMENT OF COUNSEL |

TO: CLERK OF THE COURT, UNITED STATES DISTRICT COURT
BART M. DAVIS, UNITED STATES ATTORNEY
KASSANDRA MCGRADY, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that Miles Pope of the Federal Defender Services of Idaho, is hereby assigned this matter and therefore makes an appearance in the above action on behalf of the defendant, MAXWELL

HENNERLEY, and requests that all further papers and pleadings herein except original process be served upon said undersigned attorney.

Dated: November 26, 2019

SAMUEL RICHARD RUBIN
FEDERAL PUBLIC DEFENDER
By:

/s/ Miles Pope
Miles Pope
Federal Defender Services of Idaho
Attorneys for Defendant
MAXWELL HENNERLEY

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 26th day of November, 2019.

Kassandra McGrady, Assistant United States Attorney
Office of the United States Attorney
Washington Group Plaza, IV
800 Park Blvd, Suite 600
Boise, ID 83712
(208) 334-1211
(208) 334-1413 – Facsimile
Kassandra.McGrady@usdoj.gov

____United States Mail
____Hand Delivery
____Facsimile Transmission
_X_ CM/ECF Filing
____Email Transmission

Dated: November 26, 2019

/s/ Joy Fish
Joy Fish